JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVE GOLDMAN,

    Defendant.

CASE NO.: 00-02617

DEFAULT JUDGMENT

In the above-entitled action, the Clerk of this Court having entered on FEB - 4 2002 _____, a default against Defendant, STEVE GOLDMAN for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant STEVE GOLDMAN, as to claim one, the sum of $234.48 in principal, $52.32 in accrued prejudgment interest through January 23, 2002, with interest accruing from January 23, 2002 at the rate of 3.000% per annum ($.02 per day) until entry of judgment, with interest thereafter at the legal rate, $3.63 in administration charges, $220.00 in costs, less debtor payments of $.00, for a total of $510.43.

ENTER ON ICMS

FEB - 4 2002

1

1     IT IS ADJUDGED that Plaintiff, United States of America, shall have and
2 recover from Defendant STEVE GOLDMAN, as to claim two, the sum of $844.96
3 in principal, $176.08 in accrued prejudgment interest through January 23, 2002, with
4 interest accruing from January 23, 2002 at the rate of 3.000% per annum ($.07 per
5 day) until entry of judgment, with interest thereafter at the legal rate, $66.00 in
6 penalty charges, less debtor payments of $.00, for a total of $1087.04.

7     IT IS ADJUDGED that Plaintiff, United States of America, shall have and
8 recover from Defendant STEVE GOLDMAN, as to claim three, the sum of $3000.00
9 in principal, $3872.62 in accrued prejudgment interest through January 23, 2002,
10 with interest accruing from January 23, 2002 at the rate of 7.000% per annum ($.57
11 per day) until entry of judgment, with interest thereafter at the legal rate, $83.37 in
12 administration charges, less debtor payments of $.00, for a total of $6955.99.

13     IT IS FURTHER ADJUDGED that Plaintiff, United States of America, shall
14 have and recover from Defendant, STEVE GOLDMAN, attorney's fees pursuant to
15 Local Rule 55.4 of $607.94.

16     The total judgment of all claims including attorney's fees is **$9161.40.**

SHERRI R. CARTER, CLERK
U.S. District Court
Central District of California

DATED: FEB - 4 2002

By: _____
    Deputy Clerk

2

## PROOF OF SERVICE BY MAILING

I, Jennifer Valento, declare:

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On January 23, 2002 I served a copy of **REQUEST FOR ENTRY OF DEFAULT JUDGMENT; DEFAULT JUDGMENT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below, following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: January 23, 2002

Place of mailing: Glendale, California.

Addressed to: STEVE GOLDMAN, 8410 GULANA, #2, PLAYA DEL REY, CA 90296.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 23, 2002, at Los Angeles, California.

_____
Jennifer Valento

3